

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

## No. 02-23-00492-CV

———————————————————

IN RE JACE YARBROUGH, Relator

---

Original Proceeding

---

Before Womack, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator Jace Yarbrough's petition for writ of mandamus, relator's supplement to his petition for writ of mandamus, and real party in interest Brent Allison Hagenbuch's response to relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: January 10, 2024